DENDARIARENA, PETITIONER, *v.* SOTO NUSSA, DISTRICT JUDGE,
RESPONDENT.

PETITION for a Writ of *Certiorari* to the Judge of the District
Court of Aguadilla.

ORIGINAL Jurisdiction.

No. 108.—Decided October 16, 1913.

CERTIORARI—APPEAL—JURISDICTION.—A writ of *certiorari* does not lie when the
only question raised in the petition is reduced to whether the judge of the
lower court acted within his jurisdiction in refusing to issue a writ of *cer-
tiorari,* from which decision the prejudiced party had a remedy by appeal
to this court.

The facts are stated in the opinion.
The petitioner filed a brief *pro se.*
The respondent did not appear.

MR. CHIEF JUSTICE HERNÁNDEZ delivered the opinion of the
court.

This is a petition filed by Maximiano Dendariarena for
a writ of *certiorari* to the Judge of the District Court of
Aguadilla, Isidoro Soto Nussa, praying this court to annul
the decision of the District Court of Aguadilla of August
12 of this year denying a writ of *certiorari* to review the
proceedings of the Municipal Court of San Sebastián in the
civil action brought by Maximiano Dendariarena against Joa-
quín Ramírez for the recovery of a debt. The petitioner fur-
ther prays this court to annul an injunction issued on July

9 last by the said municipal court in the aforesaid action and to order that execution issue on the final judgment of June 9 which is in suspense by virtue of said injunction.

No error of procedure is alleged to have been committed by the District Court of Aguadilla in denying the writ of *certiorari* in its order of August 12, 1913, and the question submitted to this court is reduced to whether the said judge acted within his jurisdiction in rendering his decision. To this end the petitioner had a speedy remedy by appeal to this court.

The writ of *certiorari* applied for is denied.

*Petition dismissed and writ denied.*

Justices Wolf, del Toro and Aldrey concurred.
Mr. Justice MacLeary took no part in this decision.